# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Solutions Group, Inc.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>H2L1-CSC-JV, et al.<br><br>　　　　Defendant(s) | 17-<br>CASE No CV-05433-KAW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*) Mediation with either Alan Harris, Peter Ippolito, or Gerald Kurland.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: 6/15/18　　　　　　　　　　　　　/s/ John A. Castro
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: 6/15/18　　　　　　　　　　　　　/s/ Matthew Brinegar
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 6/18/18　　　　　　　　　　　　　/s/ Kandis Westmore
　　　　　　　　　　　　　　　　　　　U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*