# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL SOLUTIONS GROUP, | Case No. 4:17-cv-05433-KAW |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | Re: Dkt. No. 48 |
| H2L1-CSC, JV, | |
| Defendant. | |

On May 1, 2019, Plaintiff Federal Solutions Group, Inc. filed a motion for sanctions based on a purported discovery dispute that has not been brought to the Court for resolution via the joint letter process outlined in the undersigned's standing order. (*See* Judge Westmore's General Standing Order ¶¶ 12-13.) In fact, the standing order explicitly prohibits filing a motion for sanctions prior to complying with the joint letter procedure. (Judge Westmore's General Standing Order ¶ 18.)

Accordingly, the motion for sanctions is DENIED without prejudice, and the parties are ordered to meet and confer regarding the production of metadata. The parties are directed to the Court's standing order, which provides that, "[t]o the maximum extent feasible, all party files and records should be retained and produced in their original form and sequence," and to the district's Guidelines for the Discovery of Electronically Stored Information and the ESI Checklist, which instructs the parties to meet and confer regarding the extent to which metadata should be produced. (*See* Judge Westmore's General Standing Order ¶ 15.)

IT IS SO ORDERED.

Dated: May 15, 2019

KANDIS A. WESTMORE
United States Magistrate Judge