UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL SOLUTIONS GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>H2L1-CSC, JV,<br><br>Defendant. | Case No. 4:17-cv-05433-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 58 |

On July 3, 2019, Plaintiff's counsel filed a motion to withdraw as counsel due to "irreconcilable differences" with their client. (Mot., Dkt. No. 58 at 1.) Counsel provides no elaboration as to what those differences are, which is insufficient to warrant granting the motion. *See id.* at 2. In light of the recent denial of Plaintiff's motion to stay, and given that the case is currently scheduled for trial in December 2019, the Court is concerned that a corporate entity, which cannot represent itself, may involuntarily find itself without representation with a rapidly approaching trial date.

Accordingly, Counsel shall file a supplemental declaration explaining the general nature of the "irreconcilable differences" by July 12, 2019, and shall do so without violating attorney-client privilege. Additionally, counsel and Plaintiff's corporate representative shall personally appear at the August 27, 2019 case management conference, which the undersigned notes is before the hearing date on the instant motion to withdraw.

Plaintiff's counsel shall immediately provide Plaintiff with a copy of this order.

IT IS SO ORDERED.

Dated: July 8, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge