UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL SOLUTIONS GROUP, INC.,

Plaintiff,

v.

H2L1-CSC, JV,

Defendant.

Case No. 4:17-cv-05433-KAW

ORDER TO SHOW CAUSE TO PLAINTIFF FEDERAL SOLUTIONS GROUP, INC.

Re: Dkt. Nos. 74, 77

On October 4, 2019, the Court granted Plaintiff Federal Solutions Group, Inc.'s ("FSG") counsel's motion to withdraw as counsel, and gave Plaintiff 45 days to find substitute counsel, because corporations cannot appear in federal court except by counsel. (Dkt. No. 74 at 2.) Plaintiff was advised "that the failure to obtain new counsel or comply with Court orders may result in this case being dismissed for failure to prosecute." *Id.* Former counsel filed a certificate of service on October 4, 2019, stating that FSG's sole shareholder, Selina Singh, and key personnel, Manjinder Paul Singh and Kabir Singh, were served with a copy of the order. (Dkt. No. 75.) To date, Plaintiff has not filed a notice of substitution of counsel.

On December 3, 2019, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than December 31, 2019, why it did not file a substitution of counsel by November 18, 2019 as ordered, and why the first amended complaint should not be dismissed for failure to prosecute and its answer to the amended counterclaim (Dkt. No. 24) stricken. Plaintiff shall also file a notice of substitution of counsel by December 31, 2019. The failure to respond to this order to show cause and to file a notice of substitution of counsel will result in the dismissal of the first amended

complaint and the striking of the answer to the amended counterclaim. Defendant may then seek

Plaintiff's default.

IT IS SO ORDERED.

Dated: December 10, 2019

KANDIS A. WESTMORE
United States Magistrate Judge