UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL SOLUTIONS GROUP, INC., <br> Plaintiff, <br> v. <br> H2L1-CSC, JV, <br> Defendant. | Case No. 4:17-cv-05433-KAW <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 81, 82 |

On October 4, 2019, the Court granted Plaintiff Federal Solutions Group, Inc.'s ("FSG") counsel's motion to withdraw as counsel, and gave Plaintiff 45 days to find substitute counsel, because corporations cannot appear in federal court except by counsel. (Dkt. No. 74 at 2.) Plaintiff was advised "that the failure to obtain new counsel or comply with Court orders may result in this case being dismissed for failure to prosecute." *Id.* Former counsel filed a certificate of service on October 4, 2019, stating that FSG's sole shareholder, Selina Singh, and key personnel, Manjinder Paul Singh and Kabir Singh, were served with a copy of the order. (Dkt. No. 75.) Plaintiff did not timely file a notice of substitution of counsel.

On December 3, 2019, the Court held a case management conference, where Plaintiff did not appear. On December 10, 2019, the Court issued an order to show cause to Plaintiff to explain why it did not file a substitution of counsel by November 18, 2019 as ordered, and why the first amended complaint should not be dismissed for failure to prosecute and its answer to the amended counterclaim stricken. (Dkt. No. 81.)

On December 30, 2019, attorney Mia S. Blackler filed a notice of appearance, and informed the Court that she represented Kevin Singer, who was the appointed Receiver for FSG. (Dkt. No. 82 at 1.) In fact, Mr. Singer had been appointed on July 11, 2019 by the Hon. David

Goldstein of the Contra Costa County Superior Court. (*Id.*; Decl. of Mia S. Blackler, "Blackler Decl.," Dkt. No. 82 at 3 ¶ 1; Court Order, Blackler Decl. ¶ 1, Ex. A.)  Ms. Blackler explained that the Receiver had not been informed of this case until Kabir Singh's criminal attorney sent her an email containing the Court's order to show cause and related pleadings on December 11, 2019. (Blackler Decl. ¶ 2, Ex. B.)

Since receiving the information, Ms. Blackler has been in contact with defense counsel Matthew Brinegar, and is hopeful that the case will resolve by the end of January. (Blackler Decl. ¶ 4.)  As a result, the Receiver is requesting that the Court discharge the order to show cause and schedule a status conference within 45 to 60 days. (Dkt. No. 2 at 2.)

Accordingly, the order to show cause is DISCHARGED.  Given the imminent trial date of March 16, 2020, the Court sets a case management conference for February 11, 2020 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California.  The joint case management statement is due on or before February 4, 2020.

IT IS SO ORDERED.

Dated: January 15, 2020

KANDIS A. WESTMORE
United States Magistrate Judge